IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAY JONES**  **PLAINTIFF**
*ADC #157758*

v.  CASE NO. 2:24-CV-00195-BSM

**TYRAN McCRADIC**, *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE